# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 43601

| | |
|---|---|
| STATE OF IDAHO, | ) 2016 Unpublished Opinion No. 604 |
| | ) |
| Plaintiff-Respondent, | ) Filed: July 18, 2016 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| JUAN JOSE RODRIGUEZ, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Thomas J. Ryan, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of three years, for trafficking in methamphetamine, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Jenny C. Swinford, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

―――――――――――――――――――――――――――

Before MELANSON, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

―――――――――――――――――――――――――――

PER CURIAM

Juan Jose Rodriguez was found guilty of trafficking in methamphetamine. I.C. § 37-2732(B)(a)(4). The district court sentenced Rodriguez to a unified term of ten years, with a minimum period of confinement of three years. Rodriguez appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Rodriguez's judgment of conviction and sentence are affirmed.